UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 19-241 (RBK) |
| v. | 18 U.S.C. § 1038(a) |
| AMDIJE TOSKA | |

## INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

On or about January 12, 2018, in Camden County and in Mercer County, in the District of New Jersey, and elsewhere, defendant

### AMDIJE TOSKA

did intentionally convey false and misleading information, namely hoax bomb threats, under circumstances where such information may reasonably have been believed, that indicated there was a bomb in the Mitchell H. Cohen Building and U.S. Courthouse located at 4th & Cooper Streets in Camden, New Jersey and that there was a bomb in the Richard J. Hughes Justice Complex located at 25 Market Street in Trenton, New Jersey, that would constitute a violation of chapter 40 of this title, namely, Title 18, United States Code, Section 844(i) (damage to buildings used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce).

In violation of Title 18, United States Code, Section 1038(a).

*/s/ Craig Carpenito*
CRAIG CARPENITO
United States Attorney

**CASE NUMBER: 2018R00059**

**United States District Court
District of New Jersey**

**UNITED STATES OF AMERICA**

v.

**AMDIJE TOSKA**

**INFORMATION FOR**

**18 U.S.C. § 1038(a)**

**CRAIG CARPENITO**
*U.S. ATTORNEY NEWARK, NEW JERSEY*

MATTHEW J. SKAHILL
Deputy U.S. Attorney
ALYSON M. OSWALD
Assistant U.S. Attorney
Camden, NJ
(856) 757-5026